### THE STATE v. COON.

1. **Practice in Supreme Court**: CRIMINAL CASE: DEFECTIVE RECORD. The instructions in this case being correct as abstract propositions of law, and it being impossible to pass on other questions without the evidence, which is not set forth in the record, the judgment of the district court is affirmed.

*Appeal from Mitchell District Court.*

THURSDAY, DECEMBER 17.

THE defendant was indicted, tried, convicted and sentenced for the crime of larceny in the night-time in a private building, and he appeals.

No appearance for appellant.

*A. J. Baker, Attorney-general*, for the State.

ROTHROCK, J.—The case is presented to us upon a transcript of the indictment, the instructions of the court to the jury, and the verdict, judgment and motion for a new trial. The evidence is not contained in the record. It appears from

the motion for a new trial that the defendant excepted to some of the instructions, and to the overruling of objections to certain evidence. We have examined the instructions, and they appear to be correct as abstract propositions of law. We cannot, without the evidence, determine their applicability to the case as made. The same may be said as to the objections to the introduction of evidence.

AFFIRMED.